IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-26-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRENCE LOVELL DICKENS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 6, 2014, defendant filed a motion to extend time to file a motion under 18 U.S.C. § 2255 [D.E. 42]. The government shall respond to defendant's motion no later than October 20, 2014.

SO ORDERED. This 9 day of October 2014.

JAMES C. DEVER III
Chief United States District Judge